UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANASTACHIA GUDGEON,

    Plaintiff,

vs.

GILLIGAN COMPANY LLC,
*doing business as Dunkin Donuts,*

    Defendant.

Case No. 3:23-cv-54

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry

---

**ORDER: (1) DIRECTING THE PARTIES TO MEET AND CONFER; (2) DIRECTING THE PARTIES TO FILE THEIR JOINT FED. R. CIV. P. 26(f) REPORT ON OR BEFORE MAY 30, 2023; AND (3) DIRECTING THE PARTIES TO MAKE INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(a)(1) ON OR BEFORE MAY 23, 2023**

---

    Pursuant to Fed. R. Civ. P. 16 and Fed. R. Civ. P. 26(f), the parties are **ORDERED** to informally confer in good faith and prepare a report as required by Fed. R. Civ. P. 26(f).[1] The parties' Rule 26(f) report shall be filed with the Court on or before **May 30, 2023**.

    Unless otherwise agreed to by the parties in their Rule 26(f) Report, initial disclosures must be made as required by Rule 26(a)(1). Rule 26(a)(1) initial disclosures must be served upon all parties in the case **by May 23, 2023** and should not be filed with the Court unless submitted in support of a motion.

    The parties are **ADVISED** that failure to comply with any provision of this Order may result in appropriate sanctions including, but not limited to, dismissal of this action or the entry of a default judgment pursuant to Rule 16(f) and Rule 37(b)(2)(A).

    After the parties file their Rule 26(f) report, the Court intends to put on a scheduling order. Subsequently, the Court will formally refer this matter to the United States Magistrate Judge during

---

[1] A form Rule 26(f) Report of the Parties (applicable to the Western Division at Dayton) is accessible on the Court's website at http://www.ohsd.uscourts.gov/ohio-southern-district-forms.

the pendency of discovery.

**IT IS SO ORDERED.**

 May 5, 2023            s/Michael J. Newman
                    Hon. Michael J. Newman
                    United States District Judge