UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ANASTACHIA GUDGEON,

    Plaintiff,                                          Case No. 3:23-cv-54

vs.

GILLIGAN COMPANY LLC,              District Judge Michael J. Newman
*doing business as*
DUNKIN DONUTS,

    Defendant.

## ORDER CONDITIONALLY DISMISSING THIS CASE

    The Court, having been advised that the parties have settled this matter, **ORDERS** that this action is hereby **DISMISSED**, provided that any party may, upon good cause shown within **sixty (60) days**, reopen the action if settlement is not consummated.

    **IT IS SO ORDERED.**

August 4, 2025                                  s/*Michael J. Newman*
                                                  Hon. Michael J. Newman
                                                  United States District Judge